United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant's Motion for Extension of Discovery and Pre-Trial Motion Deadlines.[1]  ECF 240.  Plaintiff opposes Defendant's Motion.  ECF 241.

Defendant requests the Court extend the discovery deadline, dispositive motion deadline, and pre-trial motions deadline.  *See* ECF 84.  Defendant cites the delay in getting a mediation date, extensive briefing on Plaintiff's Motion for Summary Judgment, and a previously scheduled trial in Arizona as good cause to extend current deadlines.  ECF 240 at ¶ 4.  Additionally, Defendant intends to file a Motion for Rule 35 Examination and believes extending the discovery deadline will give the Court time to rule on the Motion prior to the discovery deadline.  Defendant

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.

does not seek to extend the pre-trial order and docket call deadlines, set for February 6, 2026, and February 13, 2026, respectively. ECF 84. The parties are scheduled to mediate on August 12, 2025, before Judge Palermo. ECF 155.

Considering the above, the Court finds good cause for granting Defendant's Motion. It is therefore

ORDERED that Defendant's Motion for Extension of Discovery and Pre-Trial Motion Deadlines (ECF 240) is GRANTED and Scheduling Order is amended as follows:

1. October 10, 2025    **COMPLETION OF DISCOVERY**. Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

2. November 12, 2025    **DISPOSITIVE MOTIONS**

3. November 25, 2025    **ALL OTHER PRETRIAL MOTIONS**

4. February 6, 2026    **JOINT PRETRIAL ORDER** and **MOTIONS IN LIMINE**. Plaintiff is responsible for timely filing the complete joint pretrial order. The Court will not accept separate versions of the pretrial order.

5. February 13, 2026 2:30 p.m.    **DOCKET CALL**. No instrument filed within 7 days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

Signed on July 22, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge