United States District Court
Southern District of Texas
**ENTERED**
July 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, <br>    *Plaintiff*, <br><br> v. <br><br> BANNER HEALTH D/B/A BHT <br> BANNER HEALTH OF TEXAS, <br>    *Defendant*. | § <br> § <br> § <br> §    CIVIL ACTION NO. 4:24-CV-772 <br> § <br> § <br> § <br> § |

# **ORDER**

Before the Court is Plaintiff's Motion for Leave to File Opposition to Defendant's Motion to Extend Deadlines.[1]  ECF 241.  On July 22, 2025, the Court granted Defendant's Motion for Extension of Discovery and Pre-Trial Motion Deadlines.  ECF 242.  The Court considered Plaintiff's Motion (ECF 241) in determining whether the grant Defendant's Motion (ECF 240).  It is therefore

ORDERED that Plaintiff's Motion for Leave (ECF 241) is GRANTED.

Signed on July 22, 2025, at Houston, Texas.

_____
Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.