United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
|     *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Motion to File a Redacted Reply.[1] ECF 232. On June 26, 2025, the Court struck Plaintiff's Reply (ECF 227) because it was improperly filed. ECF 231. However, the Court permitted Plaintiff to refile a Reply that is unrestricted and accessible via the public electronic docket. *Id.* Plaintiff filed her Redacted Reply (ECF 233) on the public docket and served the unredacted version on Defendant. It is therefore

ORDERED that Plaintiff's Motion for Leave (ECF 232) is GRANTED.

Signed on July 23, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.