United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
| *Defendant*. | § | |

## <u>ORDER</u>

Before the Court is Defendant's Motion for Leave to File Surreply in Opposition to Plaintiff's Motion for Summary Judgment.[1]  ECF 237.  "[S]urreplies 'are heavily disfavored,' [and] it is within the sound discretion of the courts to grant or deny leave to file such additional briefing."  *Mission Toxicology, LLC v. Unitedhealthcare Ins. Co.*, 499 F. Supp. 3d 350, 359 (W.D. Tex. 2020) (quoting *Warrior Energy Servs. Corp. v. ATP Titan M/V*, 551 F. App'x 749, 751 n.2 (5th Cir. 2014) (per curiam)).  "[I]t is proper to deny a motion for leave to file a surreply where the party fails to demonstrate exceptional or extraordinary circumstances warranting the relief sought."  *Glob. Tubing, LLC v. Tenaris Coiled Tubes, LLC*, 621

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.

F. Supp. 3d 757, 760 n.2 (S.D. Tex. 2022) (quoting *Silo Rest. Inc. v. Allied Prop. & Cas. Ins. Co.*, 420 F. Supp. 3d 562, 570–71 (W.D. Tex. 2019)).

Defendant's Motion does not demonstrate exceptional or extraordinary circumstances that warrant leave to file a surreply.  It is therefore

ORDERED that Defendant's Motion for Leave (ECF 237) is DENIED.

Signed on July 23, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge