United States District Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, §  |  |
| *Plaintiff*, § |  |
| § |  |
| v. § | CIVIL ACTION NO. 4:24-CV-772 |
| § |  |
| BANNER HEALTH d/b/a BHT § |  |
| BANNER HEALTH OF TEXAS, § |  |
| *Defendant*. § |  |

# ORDER

Before the Court is Plaintiff's Motion for Leave to Respond to Defendant's Response to Plaintiff's Notice Regarding Discovery Noncompliance.[1] ECF 238. On June 23, 2025, Plaintiff filed a Notice with the Court in which she alleged Defendant had failed to uphold discovery obligations. ECF 230. On June 27, 2025, Defendant responded to Plaintiff's Notice disputing the allegations contained in Plaintiff's Notice. ECF 235. Plaintiff now seeks leave to file a response to Defendant's Response (ECF 235). Plaintiff's Motion does not demonstrate that an additional filing is necessary.

The Court must also address Plaintiff's argument that Defendant has violated the Court's May 9, 2025, Order (ECF 205). Plaintiff reads the Court's May 9 Order

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.

to say that Defendant may *only* respond to Plaintiff's filings when instructed to do so by the Court. Plaintiff misunderstands the Court's Order. The Court's May 9 Order states "that, with the exception of Plaintiff's Motion for Summary Judgment, Defendant is not required to respond to any Motion filed by Plaintiff unless instructed to do so by the Court." ECF 205 at 2. In other words, the Order permits Defendant to respond to any Motion filed by Plaintiff but does not require Defendant to respond unless instructed to do so by the Court. *Id.* Defendant's responses to Plaintiff's filings are not in violation of the Court's Order. It is therefore

ORDERED that Plaintiff's Motion for Leave (ECF 238) is DENIED.

Signed on July 23, 2025, at Houston, Texas.

Christina A. Bryan<br>
United States Magistrate Judge