United States District Court
Southern District of Texas
**ENTERED**
July 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS,<br>　*Plaintiff*,<br><br>v.<br><br>BANNER HEALTH D/B/A BHT<br>BANNER HEALTH OF TEXAS,<br>　*Defendant*, | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:24-cv-772<br>§<br>§<br>§<br>§ |

# ORDER

On May 12, 2025, Defendant filed a Discovery Dispute Letter.[1] ECF 207. On May 13, 2025, the Court entered a Discovery Order resolving the issues raised in Defendant's Letter. ECF 209. On May 19, 2025, Plaintiff sought leave to file a response to Defendant's Discovery Letter. ECF 211. The Court's Order (ECF 209) renders Plaintiff's Motion (ECF 211) moot. It is therefore

ORDERED that Plaintiff's Motion for Leave (ECF 211) is TERMINATED as moot.

Signed on July 24, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.