United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24-cv-00772 |
| BANNERHEALTH d/b/a BHT BANNER HEALTH OF TEXAS, *Defendant.* | § § § § | |

### ORDER

Pending before the Court are Plaintiff's Objections to the Magistrate Judge's Order on Plaintiff's Motion for Leave to Serve First Requests for Admission. (ECF 225). The Magistrate Judge denied Plaintiff's Motion for Leave to Serve First Requests for Admission. (ECF 219).

Under the rules, the District Judge must consider timely objections to a Magistrate Judge's order on a nondispositive matter. FED. R. CIV. P. 72(a). The Court will "modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*; *see also* 28 U.S.C. § 636(b)(1)(A).

Having reviewed the Magistrate Judge's Order (ECF 219) and Plaintiff's objections (ECF 225) thereto, the Court is of the opinion that the Order is neither clearly erroneous nor contrary to law. Therefore, Plaintiff's objections (ECF 225) are **OVERRULED**.

**SIGNED** at Houston, Texas this ___29th___ day of July, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE