# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

20250722-47

Kisha Peters

2927 Westwood Manor Lane
Houston, TX 77047

*United States Courts*
*Southern District of Texas*
**FILED**
JUL 30 2025
Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, July 22, 2025
Case Number: 4:24-cv-00772
Document Number: 242 (2 pages)
Notice Number: 20250722-47
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

