United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO.4:24-cv-772 |
| § | |
| BANNER HEALTH D/B/A BHT § | |
| BANNER HEALTH OF TEXAS, § | |
| *Defendant*, § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Opposition to Defendant's Motion for Rule 35 Examination.[1]  ECF 256.  Plaintiff's Motion for leave is GRANTED.  The Court will consider Plaintniff's Motion for Leave (ECF 256) as her opposition to Defendant's Motion for Rule 35 Examination.

Signed on August 05, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.