UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-772 |
| | § | |
| BANNER HEALTH D/B/A/ BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
| *Defendant*. | § | |

## ORDER

On August 6, 2025, Plaintiff filed a Motion for Leave to File a Motion to Exclude Expert Testimony.[1]  ECF 259.

It is hereby ORDERED that Plaintiff's Motion for Leave (ECF 259) is GRANTED.  The Court will consider Plaintiff's Motion for Leave as her Motion to Exclude Expert Testimony.  It is further

ORDERED that Defendant must file a response to Plaintiff's Motion for Leave (ECF 259) on or before August 15, 2025.

Signed on August 06, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.