UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-cv-772 |
| § | |
| BANNER HEALTH D/B/A/ BHT § | |
| BANNER HEALTH OF TEXAS, § | |
| *Defendant*. § | |

# ORDER

On August 6, 2025, Plaintiff filed a Motion to Vacate.[1] ECF 260. Plaintiff requests the Court vacate its Order Striking Plaintiff's Consolidated Objections (ECF 258).

For the reasons stated in the Court's Order (ECF 258), Plaintiff's Motion to Vacate is DENIED.

Signed on August 06, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.