United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

KISHA PETERS,
*Plaintiff,*

V.                                    CIVIL ACTION NO. 4:24cv772

BANNER HEALTH D/B/A/ BHT
BANNER HEALTH OF TEXAS,
*Defendant*

## O R D E R

On August 7, 2025, Plaintiff called this Court's chambers and requested, *ex parte*, that the undersigned review, pursuant to FED. R. CIV. P. 72(a), her Consolidated Objections to several of the Magistrate Judge's orders. Plaintiff's request was brought to the undersigned's attention.

Plaintiff filed Consolidated Objections to five of the Magistrate Judge's Orders. Dkt. 255. The Magistrate Judge struck Plaintiff's Consolidated Objections for failure to comply with Federal Rule of Civil Procedure 11, General Order 2025-04, and the Magistrate Judge's prior orders because the Consolidated Objections included quoted text that does not appear in the cited cases. Dkt. 258. Plaintiff filed a Motion to Vacate the Order Striking her objections (Dkt. 260), which the Magistrate Judge denied (Dkt. 262).

The Federal Rules of Civil Procedure require a District Judge to consider timely objections to a Magistrate Judge's order on a nondispositive matter and "modify or set aside any part of the order that is clearly erroneous or is contrary to law.". FED. R. CIV. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A). Having reviewed the Magistrate Judge's Orders (Dkt. 242, Dkt. 245, Dkt. 247, Dkt. 248, Dkt. 249, Dkt. 262) and Plaintiff's Consolidated Objections, the Court is of the opinion that the Magistrate Judge's orders are neither clearly erroneous nor contrary to law. Therefore, Plaintiff's objections are **OVERRULED**.

Furthermore, it is **ORDERED** that all future communications with the Court must be in writing and filed on the public docket.

**SIGNED** at Houston, Texas this __8th__ day of August, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE