United States District Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-CV-00772 |
| § | |
| BANNER HEALTH D/B/A BHT § | |
| BANNER HEALTH OF TEXAS, § | |
|    *Defendant*. § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Surreply to Defendant's Reply in Support of Rule 35 Examination.[1] ECF 265. "[S]urreplies 'are heavily disfavored,' [and] it is within the sound discretion of the courts to grant or deny leave to file such additional briefing." *Mission Toxicology, LLC v. Unitedhealthcare Ins. Co.*, 499 F. Supp. 3d 350, 359 (W.D. Tex. 2020) (quoting *Warrior Energy Servs. Corp. v. ATP Titan M/V*, 551 F. App'x 749, 751 n.2 (5th Cir. 2014) (per curiam)). "[I]t is proper to deny a motion for leave to file a surreply where the party fails to demonstrate exceptional or extraordinary circumstances warranting the relief sought." *Glob. Tubing, LLC v. Tenaris Coiled Tubes, LLC*, 621

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.

F. Supp. 3d 757, 760 n.2 (S.D. Tex. 2022) (quoting *Silo Rest. Inc. v. Allied Prop. & Cas. Ins. Co.*, 420 F. Supp. 3d 562, 570–71 (W.D. Tex. 2019)).

Plaintiff's Motion (ECF 265) largely addresses prior filings by Defendant unrelated to Defendant's Reply in Support of Rule 35 Examination (ECF 253). Thus, Plaintiff's Motion does not demonstrate exceptional or extraordinary circumstances that warrant leave to file a surreply. It is therefore

ORDERED that Plaintiff's Motion for Leave (ECF 265) is DENIED.

Signed on August 11, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge