UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is Plaintiff's Motion to Vacate Order Resetting Mediation and Preserve the Record of Defendant's Misconduct.[1]  ECF 162.  On August 12, 2025, the parties attended mediation before United States Magistrate Judge Dena Hanovice Palermo.  The parties did not settle.  Furthermore, the docket reflects and preserves the record. It is therefore

ORDERED that Plaintiff's Motion (ECF 162) is DENIED as moot.

Signed on August 12, 2025, at Houston, Texas.

*Christina A. Bryan*
Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.