**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KISHA PETERS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No.: 4:24-cv-00772** |
| | § | |
| **BANNER HEALTH d/b/a BHT** | § | |
| **BANNER HEALTH OF TEXAS** | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO WITHDRAW AS COUNSEL

Shira R. Yoshor and the law firm of Greenberg Traurig LLP hereby move to withdraw as counsel of record in this matter for Defendant Banner Health ("Banner"). Banner consents to counsel's withdrawal. The reason for this motion is that Banner is also represented by Jill Chasson and Andrew Fox of Coppersmith Brockelman PLC, who were admitted *pro hac vice* on May 2 and May 6, 2024, respectively (ECF 11, 15) and have been ably representing Banner as its lead counsel since that time. They will remain as counsel for Banner. Permitting Ms. Yoshor and Greenberg Traurig to withdraw will streamline Banner's ongoing representation and reduce its costs. A proposed order has been submitted with this Motion.

Dated: August 15, 2025

Respectfully submitted,

By: */s/ Shira R. Yoshor (w/permission)*
    Shira R. Yoshor
    State Bar No. 00788730
    yoshors@gtlaw.com
    **GREENBERG TRAURIG LLP**
    1000 Louisiana Street, Suite 6700
    Houston, Texas 77002
    Telephone:  713.374.3613
    Fax:  713.374.3505

Jill J. Chasson (Arizona Bar #019424)
*Attorney-in-charge, admitted pro hac vice*
Andrew T. Fox (Arizona Bar #034581)
*Admitted pro hac vice*
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
Telephone: 602.381.5481
Fax: 602.224.6020
jchasson@cblawyers.com
afox@cblawyers.com

***ATTORNEYS FOR DEFENDANT***
***BANNER HEALTH***

<u>CERTIFICATE OF CONFERENCE</u>

In accordance with LR7.1D and LR 83.2, I certify that I emailed Plaintiff on August 15, 2025 to ascertain her position regarding this Motion. As of the time of filing, I have not received a response to that email. I also telephoned Plaintiff on August 15, 2025 for the same purpose. As of the time of filing, I have not received a return call or message from Plaintiff. Accordingly, it is assumed that Plaintiff is opposed to this Motion.

By:    */s/      Jill Chasson*
              Jill Chasson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was served upon

all parties in the manner indicated below on August 15, 2025.

| | | |
|---|---|---|
| Kisha Peters | ○ | via Certified Mail, RRR |
| 2927 Westwood Manor Ln. | ⊙ | via U.S. Mail (First Class) |
| Houston, Texas 77047 | ○ | via Electronic Mail |
| Telephone: 832-782-0199 | ○ | via Fax |
| kipeters1107@yahoo.com | ○ | via Hand Delivery |
| | ○ | via Messenger |
| *Plaintiff Pro Se* | ○ | via E-Filing |
| | ○ | via Federal Express |

*/s/ Tina Johannesen*