Case 4:24-cv-00772   Document 274   Filed on 08/19/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Motion to Oppose Defendant's Motion to Withdraw Counsel.[1]  ECF 271.  Plaintiff's Motion for Leave (ECF 271) is GRANTED and the Court will consider Plaintiff's Motion in determining whether to grant Defendant's Motion to Withdraw (ECF 269).

Signed on August 18, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.