Case 4:24-cv-00772   Document 276   Filed on 08/19/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, *Plaintiff*, | § § § |
| v. | § §   CIVIL ACTION NO. 4:24-cv-772 |
| BANNER HEALTH D/B/A BHT BANNER HEALTH OF TEXAS, *Defendant*. | § § § § |

# **ORDER**

Before the Court is Shira R. Yoshor's Motion to Withdraw as Counsel for Banner Health.[1] ECF 269. Plaintiff opposes Ms. Yoshor's request for withdrawal. ECF 271.[2] Withdrawal is permitted "only upon leave of the court and a showing of good cause and reasonable notice to the client." *Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989). "An attorney seeking to withdraw bears the burden of proving the existence of good cause and must demonstrate that the attorney's withdrawal will not adversely affect efficient litigation of the suit." *United States ex rel. Proctor v. Next Health LLC*, 652 F. Supp. 3d 788, 793 (E.D. Tex. 2023). "It is incumbent on the court to assure that the prosecution of the lawsuit before it is not disrupted by the

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 36.

[2] The Court granted Plaintiff's Motion for Leave to Oppose Defendant's Motion to Withdraw Counsel and considered it in this Order. ECF 274.

withdrawal of counsel." *White v. BAC Home Loans Servicing, LP*, No. 309-CV-2484-G, 2010 WL 2473833, at *3 (N.D. Tex. June 15, 2010) (quoting *Broughten v. Voss*, 634 F.2d 880, 882 (5th Cir. 1981)). "The decision to grant an attorney's motion to withdraw is entrusted to the sound discretion of the district court." *Proctor*, 652 F. Supp. 3d at 793 (citing *Wynn*, 889 F.2d at 646).

Ms. Yoshor represents that Banner consents to her and her firm's withdrawal. ECF 269. Additionally, Banner is represented by Jill Chasson and Andrew Fox of Coppersmith Brockelman PLC and Ms. Chasson and Mr. Fox will remain as counsel for Banner.[3] The Court finds that Ms. Yoshor's withdrawal will not adversely affect efficient litigation of this case and there is good cause to grant her request for withdrawal. It is therefore

ORDERED that the Motion to Withdraw (ECF 269) is GRANTED. The clerk shall terminate Ms. Yoshor and Greenberg Traurig LLP as counsel of record for Defendant.

Signed on August 19, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[3] Ms. Chasson and Mr. Fox were admitted pro hac vice on May 2 and May 6, 2024, respectively. ECF 11, 15.