# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 29 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| KISHA PETERS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No: 4:24-cv-00772 |
| § | |
| BANNER HEALTH d/b/a BHT § | Jury Demand |
| BANNER HEALTH OF TEXAS § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF CLARIFICATION AND REQUEST FOR REASSIGNMENT OF ECF 279 TO DISTRICT JUDGE

**TO THE HONORABLE COURT:**

Plaintiff respectfully moves this Court for leave to file a **Notice of Clarification and Request for Reassignment of ECF 279**, and in support thereof states:

1. On August 29, 2025, Plaintiff filed **ECF 279: Emergency Motion to Stay Enforcement of ECF 268**, which was intended as a request under **Federal Rule of Civil Procedure 72(a)** to stay a Magistrate Judge's Order pending **District Judge** review.

2. However, ECF 279 was automatically referred to the **Magistrate Judge**, despite the fact that Rule 72(a) objections and related motions fall **exclusively** within the jurisdiction of the **District Judge**. See **28 U.S.C. § 636(b)(1)(A)**.

3. Plaintiff therefore seeks leave to file a short **Notice of Clarification** correcting this procedural routing issue and requesting that ECF 279 be reassigned to the appropriate judicial officer for resolution.

1

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2025**, I served a true and correct copy of **PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF CLARIFICATION AND REQUEST FOR REASSIGNMENT OF ECF 279 TO DISTRICT JUDGE.**

Practices on Defendant's counsel via:

- **U.S. Certified Mail with Tracking,**

in accordance with Federal Rule of Civil Procedure **5(b)(2)(C)**.

Additionally, Defendant's counsel receives electronic notice through the **CM/ECF system**, which provides an official filed copy upon docket entry.

**Andrew Fox** (Pro Hac Vice Attorney)
Email: afox@cblawyers.com
**Jill Chasson** (Pro Hac Vice Attorney)
Email: jchasson@cblawyers.com

**Respectfully submitted,**

*/s/ Kisha Peters*
Kisha Peters
*Plaintiff Pro Se*
2927 Westwood Manor Lane
Houston, Texas 77047
Kipeters1107@yahoo.com
Telephone: 832-782-0199

3

**WHEREFORE,** Plaintiff respectfully requests that ECF 279 be reassigned to the District Judge for review and disposition.

**August 29, 2025**

                                                 **Respectfully submitted,**
                                                 **_/s/ Kisha Peters_**
                                                 Kisha Peters
                                                 *Plaintiff Pro Se*
                                                 2927 Westwood Manor Lane,
                                                 Houston, Texas 77047
                                                 Kipeters1107@yahoo.com
                                                 Telephone: 832-782-0199