UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> BANNER HEALTH d/b/a BHT § <br> BANNER HEALTH OF TEXAS § <br> § <br> Defendant. § | Civil Action No.: 4:24-cv-00772 |

**OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR STAY (ECF 279)**

On August 15, 2025, Magistrate Judge Bryan issued a well-reasoned, 18-page Memorandum and Order granting Defendant Banner Health's ("Banner") Motion for Rule 35 Examination of Plaintiff. *See* ECF 268 (the "Order"). Under the Order, the examination must occur by September 19 at a date and time on which the parties agree, and the examiner (Dr. Erin Nelson) must provide a written report by September 30. *Id.* at 16-17.

Although Banner's Rule 35 motion proposed several possible dates for the examination, those dates were no longer available by the time the Order was issued. Therefore, counsel for Banner obtained new dates from Dr. Nelson and on August 22, offered four options to Plaintiff. *See* **Exhibit A**. On August 25, Plaintiff responded with a request to start earlier in the day than the times Banner had offered, so that the examination could be completed within standard business hours. Plaintiff indicated that she would "do [her] best to select a date promptly once we receive the revised scheduling options." *See* **Exhibit B**. Plaintiff did not indicate any objection to participating in the examination itself, only to the start times offered.

Banner agreed to accommodate Plaintiff's request and on August 28, provided multiple full-day and split-day options to Plaintiff for scheduling the examination, on dates ranging between September 8-16. *See id*. The following day, instead of selecting one of those options, Plaintiff filed Rule 72(a) Objections to the Order (ECF 278) and an Emergency Motion to Stay Enforcement of the Order (ECF 279).[1]

Banner opposes Plaintiff's Motion to Stay for several reasons. First, the majority of the "reasons" offered by Plaintiff to justify her requested stay have nothing to do with the examination itself or the Order approving it. *See* Motion to Stay at 2-5 (asserting, falsely and for the umpteenth time, that Banner has allegedly "abandoned" the after-acquired evidence affirmative defense and committed various purported forms of discovery misconduct and "fraud on the court"). Second, Plaintiff essentially strung Banner along by waiting until the last day of the 14-day objection period to file objections, and in the meantime, engaging with counsel about scheduling the examination without making any mention of her intent to seek to have the Order stayed and ultimately vacated. Third, contrary to Plaintiff's assertion (at 2), a stay of the Order while the Court considers Plaintiff's Objections <u>does</u> prejudice Banner, because it imperils Banner's ability to have the Rule 35 examination completed by the current September 19 deadline.

Accordingly, Banner respectfully requests that the Court promptly deny Plaintiff's Motion to Stay and affirm that Dr. Nelson's examination may proceed. Alternatively, if the Motion to Stay is granted but Plaintiff's objections are eventually overruled (or if the Motion to Stay is denied on or after September 8), Banner requests that the Court revisit and potentially extend the current September 19 and September 30 deadlines set forth in the Order to ensure that sufficient time is

---

[1] In contravention of LR 7.1(D), Plaintiff did not consult undersigned counsel to determine Banner's position on her motion before she filed it.

available following the Court's decision to schedule the examination and permit Dr. Nelson a reasonable amount of time thereafter to prepare a report.

Dated: September 2, 2025                                  Respectfully submitted,

By: /s/ Jill J. Chasson
    Jill J. Chasson (Arizona Bar #019424)
    *Attorney-in-charge, admitted pro hac vice*
    Andrew T. Fox (Arizona Bar #034581)
    *Admitted pro hac vice*
    **COPPERSMITH BROCKELMAN PLC**
    2800 North Central Avenue, Suite 1900
    Phoenix, Arizona 85004
    Telephone: 602.381.5481
    Fax: 602.224.6020
    jchasson@cblawyers.com
    afox@cblawyers.com

***ATTORNEYS FOR DEFENDANT BANNER HEALTH***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties in the manner indicated below on September 2, 2025.

| | |
|---|---|
| Kisha Peters | ○ via Certified Mail, RRR |
| 2927 Westwood Manor Ln. | ⊙ via U.S. Mail (First Class) |
| Houston, Texas 77047 | ○ via Electronic Mail |
| Telephone: 832-782-0199 | ○ via Fax |
| kipeters1107@yahoo.com | ○ via Hand Delivery |
| | ○ via Messenger |
| *Plaintiff Pro Se* | ○ via E-Filing |
| | ○ via Federal Express |

/s/ Verna Colwell

3