UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 4:24-cv-00772 |
| | § | |
| BANNER HEALTH d/b/a BHT | § | |
| BANNER HEALTH OF TEXAS | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF ERRATA

NOTICE IS HEREBY GIVEN that after filing Defendant's Opposition to Plaintiff's Emergency Motion for Stay (ECF 279) [ECF 281], undersigned counsel discovered that an error occurred when converting Exhibit B to .pdf format and some of the text of Exhibit B is illegible. For clarity and ease of reference, counsel is therefore refiling Exhibits A and B, which are attached hereto. Counsel apologizes for any inconvenience to Plaintiff and the Court.

Dated: September 2, 2025          Respectfully submitted,

By: */s/ Jill J. Chasson*
    Jill J. Chasson (Arizona Bar #019424)
    *Attorney-in-charge, admitted pro hac vice*
    Andrew T. Fox (Arizona Bar #034581)
    *Admitted pro hac vice*
    **COPPERSMITH BROCKELMAN PLC**
    2800 North Central Avenue, Suite 1900
    Phoenix, Arizona  85004
    Telephone: 602.381.5481
    Fax: 602.224.6020
    jchasson@cblawyers.com
    afox@cblawyers.com

    ***ATTORNEYS FOR DEFENDANT BANNER HEALTH***

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties in the manner indicated below on September 2, 2025.

| | |
|---|---|
| Kisha Peters<br>2927 Westwood Manor Ln.<br>Houston, Texas 77047<br>Telephone: 832-782-0199<br>[kipeters1107@yahoo.com](mailto:kipeters1107@yahoo.com)<br><br>*Plaintiff Pro Se* | ○ via Certified Mail, RRR<br>⦿ via U.S. Mail (First Class)<br>○ via Electronic Mail<br>○ via Fax<br>○ via Hand Delivery<br>○ via Messenger<br>○ via E-Filing<br>○ via Federal Express |

    */s/ Verna Colwell*