United States District Court
Southern District of Texas
**ENTERED**
September 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24-cv-00772 |
| BANNER HEALTH D/B/A BHT BANNER HEALTH OF TEXAS, *Defendant.* | § § § § | |

## ORDER

Pending before the court are Plaintiff's Objections to the Magistrate Judge's Memorandum and Order on Defendant's Motion for Rule 35 Examination. ECF 278. The Magistrate Judge granted Defendant's Motion for Rule 35 Examination. ECF 268.

Under the rules, the District Judge must consider timely objections to a Magistrate Judge's order on a nondispositive matter. FED. R. CIV. P. 72(a). The court will "modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id* ; *see also* 28 U.S.C. § 636(b)(1)(A).

Having reviewed the Magistrate Judge's order and Plaintiff's objections thereto, the court is of the opinion that the order is neither clearly erroneous nor contrary to law. Therefore, Plaintiff's objections are **OVERRULED**.

SIGNED at Houston, Texas this **3rd** day of September, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE