UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
|    *Defendant*. | § | |

# **ORDER**

Before the Court is Plaintiff's Motion for Leave to File Response to Defendant's Discovery Letter.[1]  ECF 289.  On September 9, 2025, Defendant's requested the Court's intervention in a discovery dispute regarding the scheduling of the ordered Rule 35 examination.  ECF 287.  The same day, the Court found no response to the Discovery Dispute Letter was needed and issued an Order (ECF 288) setting the examination date and ordering compliance with the Court's original order for an exam (ECF 268).

It is therefore

ORDERED that Plaintiff's Motion for Leave to File (ECF 288) is DENIED.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.

Signed on September 10, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge