United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KISHA PETERS,<br>*Plaintiff,*<br><br>V.<br><br>BANNER HEALTH D/B/A BHT BANNER<br>HEALTH OF TEXAS,<br>*Defendant.* | § § § § § § § § § CIVIL ACTION NO. 4:24-cv-00772 |

### ORDER

Pending before the court are Plaintiff's Objections to the Magistrate Judge's Order (ECF 288). ECF 290. The Magistrate Judge's Order granted Defendant's requested relief in a discovery dispute. ECF 288.

Under the rules, the District Judge must consider timely objections to a Magistrate Judge's order on a nondispositive matter. FED. R. CIV. P. 72(a). The court will "modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id*; *see also* 28 U.S.C. § 636(b)(1)(A).

Having reviewed the Magistrate Judge's order and Plaintiff's objections thereto, the court is of the opinion that the order is neither clearly erroneous nor contrary to law. Therefore, Plaintiff's objections are **OVERRULED**.

**SIGNED** at Houston, Texas this \_\_10th\_\_ day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE