United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-772 |
| | § | |
| BANNER HEALTH D/B/A BHT | § | |
| BANNER HEALTH OF TEXAS, | § | |
|    *Defendant*. | § | |

## ORDER

The Court previously ordered Plaintiff to appear for a Rule 35 exam on September 15, 2025, at 8:00 AM.[1] ECF 288. Plaintiff must appear via Zoom with video enabled. If Plaintiff does not comply with the Court's orders to appear by video for her Rule 35 examination on September 15, 2025, her case will be subject to dismissal for failure to comply with multiple court orders. *See* FED. R. CIV. P. 37, 41(b). *See also Eustice v. Experian Info. Sols., Inc.*, No. CV H-20-1824, 2021 WL 4139154, at *2 (S.D. Tex. Aug. 21, 2021), *report and recommendation adopted,* No. CV H-20-1824, 2021 WL 4138407 (S.D. Tex. Sept. 9, 2021). It is therefore

ORDERED that Plaintiff appear via Zoom with video on and complete the Rule 35 exam today (September 15, 2025) as previously scheduled.

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 36.

Signed on September 15, 2025, at Houston, Texas.

_____

Christina A. Bryan
United States Magistrate Judge