United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KISHA PETERS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv772 |
| BANNER HEALTH D/B/A/ BHT BANNER HEALTH OF TEXAS, *Defendant.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 15, 2026 (Dkt. 389) and the objections thereto (Dkt. 391, 393), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

SIGNED at Houston, Texas this **20th** day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE